IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY DAVIS                                                                                           PLAINTIFF

V.                              CASE NO. 3:20-CV-1 JM

BNSF RAILWAY COMPANY, *et al.*                                                          DEFENDANTS

ORDER

Pursuant to the motion for voluntary dismissal (Doc. No. 10), this case is dismissed with prejudice. The Clerk is directed to close the case.

DATED this 5th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE